IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRED L. WILLIAMS** **PLAINTIFF**
**ADC #093355**

v.  CASE NO. 5:17-CV-00286 BSM

**SAM POPE,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE